UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

CARL R. KUEBLER,

        Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

NO. CV-09-071-CI

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**. Judgment is entered for Defendant.

DATED: January 11, 2010

                                         JAMES R. LARSEN
                                         District Court Executive/Clerk

                                         s/ L. Stejskal
                                         Deputy Clerk